I want to start off by saying thank you for taking the time to read my letter. I also would like to take responsibility for my actions that led me here in this courtroom today. I realize now that the essence of responsibility is the acceptance of the consequences good or bad of my actions. Growing up, I endured mental and physical abuse. By the age of 18, I moved out from my family home. AT 19, I was regularly using various drugs and dating older men. I understand that I can't go back and change my past, everything that has happened in my life has been challenging. I would sincerely like to apologize to the various victims and families, that I have caused financial pain to, I chose a lifestyle that caused a lot of people hurt & loss. No one deserves to work hard for what they have and have someone take it from them. I will live with my mistakes for the rest of my life. I blindly followed the wrong crowd, life has been a roller coaster for me, and I learned that being naïve, vulnerable, greedy & careless, caused me not to question the consequences. They say you never find yourself until you face the truth. Being imprisoned has taught me, that to every action I take there is a reaction and that only, I can determine the outcome of my future. I can choose to lead an honest and productive life, by surrounding myself with people who do the same. I also learned to put God first and not follow down a wrongful path. I now have a different outlook on life. I am left with the ability to reflect on who I am, and who I should be. I'm more patient and my values are no longer superficial. I would like to get out and help people with drug abuse & mental health issues. I would like to share my story to help others live in a more positive and meaningful way, instead of allowing poor judgement and cutting corners to destroy them. I know right now, I can't change my circumstances for which my actions led. I believe God put me here to get back on the right course of life. For me, prison is not the end of my road, but the beginning of a healthy future. I made a mistake, but I am not a mistake. Thank you for taking time out to read my letter. Please openly accept my deepest apologizes.