To whom it may concern

     I Jasmin Sood have known Dominique Golden as a good friend for over 7 years. I was both troubled and surprised to hear about her recent case as she has always been a solid person. I understand the seriousness of this matter however I hope the court will show some leniency.

Dominique has always been an upright character in the community. In our friendship she was there for me, especially when I was going through depression. She made it a point to be there and show a significant amount of support during a point in my life when I felt the lowest. She uplifted my spirits and always gave me positive advice in which helped me to heal and feel better in the long run.

In addition to our friendship, she is usually an upstanding member in the neighborhood. While it is unfortunate that she has made some bad decisions, thus resulting in this case. I was surprised to hear about her case. It comes as no surprise that she is ready to accept responsibility for her actions. I believe that as we move forward, she will emerge a better person. I will stand by her side and make sure of that. Dominque expressed to me numerous times a deep sense of remorse in making such a serious mistake and I truly believe in her ability to pay her debt to society.

It is my sincere hope that court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Dominique Golden to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely
Jasmin Sood

Jasmin Sood